Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
       tlewis@swlaw.com

*Attorneys for Plaintiffs Wells Fargo Bank, N.A. and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; <br><br> Plaintiffs, <br><br> vs. <br><br> ELKHORN HIGH NOON HOMEOWNERS ASSOCIATION, a Nevada Nevada Non-Profit Corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; <br><br> Defendants. | Case No. 2:17-cv-01496-RFB-NJK <br><br> **STIPULATION AND ORDER TO EXTEND REPLY DUE DATES ON PARTIES MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

Pursuant to Fed R. Civ. Proc. 54 and LR 6-1, Plaintiff Wells Fargo Bank, N.A. and Federal National Mortgage Association ("Plaintiffs") together with Defendant Elkhorn High Noon Homeowners Association ("Elkhorn") (jointly, the "Parties"), by and through their respective counsel, hereby stipulate to extend the briefing regarding the pending Motion for Summary Judgment as follows:

WHEREAS, on November 28, 2017, the Plaintiff filed its Motion for Summary Judgment, and pursuant to order of this Court, Defendant's Opposition is due December 19, 2017 and Plaintiffs Reply in support of its Motion is due January 2, 2018;

WHEREAS, due to the pending holidays, all parties request additional time to prepare their briefings relating to the Motion for Summary Judgment;

- 1 -

4835-5579-7848.1

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The briefing schedule shall be amended as follows:

- Defendant Elkhorn's Opposition to Motion for Summary Judgment: **January 10, 2018**
- Plaintiff Wells Fargo Bank's Reply in Support of its Motion for Summary Judgment: **January 24, 2018**

Dated: December 15, 2017.                                    SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya Lewis, Esq. (NV Bar No. 8855)
Adam Tully, Esq. (NV Bar No. 13601)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Plaintiffs Wells Fargo Bank, N.A. and Federal National Mortgage Association*

Dated: December 15, 2017.                                    BOYACK ORME & ANTHONY

By: */s/ Colli C. McKiever*
Edward D. Boyack, Esq.
(NV Bar No. 005229)
Colli C. McKiever, Esq.
(NV Bar No. 13724)
7432 W. Sahara Avenue, Ste 101
Las Vegas, NV 89117
Telephone: (702) 562-3415
Facsimile: (702) 562-3570

(*electronic signature affixed with permission*)

*Attorneys for Defendant Elkhorn High Noon Homeowners Association*

4835-5579-7848.1

**ORDER**

**IT IS ORDERED THAT t**he briefing schedule for the parties' Motions for Summary Judgment shall be amended as follows:

- Defendant Elkhorn's Opposition to Motion for Summary Judgment: January 10, 2018
- Plaintiff Wells Fargo Bank's Reply in Support of its Motion for Summary Judgment: January 24, 2018

**IT IS SO ORDERED.**

DATED: December 18, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4835-5579-7848.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, I electronically transmitted the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED December 15, 2017.

*/s/ Nissa Riley*
An employee of SNELL & WILMER L.L.P.

- 4 -

4835-5579-7848.1